United States District Court
Southern District of Texas
**ENTERED**
November 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Kompass Kapital Funding, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § | Civil Action No. H-23-1593 |
| Sage Surfaces LLC, | § § § § | |
| Defendant. | | |

## ORDER

On November 17, 2023, Plaintiff, Kompass Kapital Funding, LLC, and Defendant, Sage Surfaces LLC, filed a Joint Stipulation of Dismissal with Prejudice (docket no. 37) stipulating to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED WITH PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 17th day of November, 2023.

```
                    _____
                           SIM LAKE
                 SENIOR UNITED STATES DISTRICT JUDGE
```